UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA ALDERSON and WINNIE SARACENO, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>NORTHERN MANOR MULTICARE CENTER, INC.,<br><br>      Defendant. | No. 17-cv-2424-NSR |

**NOTICE OF MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT, CERTIFYING SETTLEMENT CLASS, APPOINTING PLAINTIFFS AS CLASS REPRESENTATIVES, APPOINTING PLAINTIFFS' COUNSEL AS CLASS COUNSEL, APPROVING THE CLASS NOTICE, AND SCHEDULING A FAIRNESS HEARING**

PLEASE TAKE NOTICE THAT Plaintiffs Julia Alderson and Winnie Saraceno ("Plaintiffs") will move this Court, before the Honorable Nelson S. Román, in the United States District Court for the Southern District of New York, located at 300 Quarropas Street, Courtroom 218, White Plains, New York 10601, on a date to be set by the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order (1) preliminarily finding that the Settlement Agreement, dated March 20, 2018 is fair, reasonable, and adequate, and in the best interest of the Settlement Class, (2) approving the plan for dissemination of notice as set forth in the Settlement Agreement; (3) appointing Arden Claims Services as Notice and Settlement Administrator; (4) certifying, pursuant to Federal Rule of Civil Procedure 23, the Settlement Class for settlement purposes only; (5) appointing Plaintiffs as Class Representatives; (6) appointing Gardy & Notis, LLP as Class Counsel; and (7) scheduling a Fairness Hearing to consider the final approval of the Proposed Settlement.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Plaintiffs shall rely upon the March 28, 2018 Declaration of Orin Kurtz and the accompanying Memorandum of Law.

Dated: New York, New York
March 28, 2018

**GARDY & NOTIS, LLP**

By: *s/Orin Kurtz*
Orin Kurtz
Tower 56
126 East 56th Street, 8th Floor
New York, New York 10022
Tel: (212) 905-0509
Fax: (212) 905-0508
okurtz@gardylaw.com

*Attorneys for Plaintiffs*