UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA ALDERSON and WINNIE SARACENO, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NORTHERN MANOR MULTICARE CENTER, INC.,<br><br>                    Defendant. | No. 17-cv-2424-NSR |

# DECLARATION OF ORIN KURTZ IN SUPPORT OF MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT, CERTIFYING SETTLEMENT CLASS, APPOINTING PLAINTIFFS AS CLASS REPRESENTATIVES, APPOINTING PLAINTIFFS' COUNSEL AS CLASS COUNSEL, APPROVING THE CLASS NOTICE, AND SCHEDULING A FAIRNESS HEARING

I, Orin Kurtz, declare under penalty of perjury:

1. I am an attorney admitted to practice in the courts of the state of New York and the United Stated District Court for the Southern District of New York, among others. I am counsel for Plaintiffs Julia Alderson and Winnie Saraceno ("Plaintiffs") as well as the FLSA opt-in Plaintiffs and the proposed Settlement Class.

2. I submit this Declaration in support of Plaintiffs' motion for an order preliminarily approving settlement, appointing Plaintiffs as class representatives, appointing Plaintiffs' counsel as class counsel, approving class notice, and scheduling a fairness hearing.

3. Annexed hereto as Exhibit A is a true and correct copy of the Stipulation and Agreement of Settlement, dated March 20, 2018.

Dated: New York, New York
          March 28, 2018

                                                                                _s/Orin Kurtz_____