UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA ALDERSON and WINNIE SARACENO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN MANOR MULTICARE CENTER, INC.,<br><br>Defendant. | No. 17-cv-2424-JCM |

**NOTICE OF UNOPPOSED MOTION FOR AN ORDER FINALLY APPROVING SETTLEMENT, FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND FOR SERVICE AWARDS TO PLAINTIFFS**

PLEASE TAKE NOTICE THAT Plaintiffs Julia Alderson and Winnie Saraceno ("Plaintiffs") will move this Court, before the Honorable Judith C. McCarthy, on a date to be set by the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order (1) finally approving the Proposed Settlement; (2) reaffirming certification of the Settlement Class for settlement purposes only; (3) granting the application by Plaintiffs' Counsel for an award of attorneys' fees, cost and expenses in the amount of 33.3% of the Settlement Amount; (4) granting service awards to Plaintiffs for their representation of the class in the amount of $5,000 per Plaintiff; and (5) approving payment to the Settlement Administrator for its work on this action in the amount of $12,500.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Plaintiffs shall rely upon the October 31, 2018 Declaration of Orin Kurtz, the October 29, 2018 Declaration of Barry Peek, Esq., and the accompanying Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that Plaintiffs have submitted a proposed order herewith, attached as Exhibit A to the Memorandum of Law.

Dated: New York, New York
October 31, 2018

**GARDY & NOTIS, LLP**

By: _s/Orin Kurtz_
Orin Kurtz
Tower 56
126 East 56th Street, 8th Floor
New York, New York 10022
Tel: (212) 905-0509
Fax: (212) 905-0508
okurtz@gardylaw.com

*Attorneys for Plaintiffs and the Settlement Class*